UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY JOE DUFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR EDMUND G. BROWN, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-12-0529 EMC (pr)<br><br>**ORDER DENYING MOTION FOR REHEARING AND RECONSIDERATION** |

　　　This action was dismissed and judgment entered on June 14, 2013 because the amended complaint failed to state a claim against any particular defendant and failed to comply with the order to correct the deficiencies in the earlier pleadings, and, alternatively, *Younger* abstention was warranted.

　　　Plaintiff's motion for rehearing and reconsideration under Federal Rule of Civil Procedure 59(e) is **DENIED**. (Docket # 20.) A motion for reconsideration under Rule 59(e) "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the law.'" *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (citation omitted) (en banc). Plaintiff has not shown newly discovered evidence, clear error, or a change in the law.

　　　IT IS SO ORDERED.

Dated: July 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge