UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY JOE DUFF, | No. C-12-0529 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER REVOKING PAUPER STATUS** |
| GOVERNOR EDMUND G. BROWN, *et al.*, | |
| Defendants. | |

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(2). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
EDWARD M. CHEN
United States District Judge