UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWEY JOE DUFF,

        Plaintiff,

    v.

GOVERNOR EDMUND G. BROWN, *et al.*,

        Defendants.
_____/

No. C-12-0529 EMC (pr)

**ORDER REVOKING PAUPER STATUS**

      The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(2). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

      IT IS SO ORDERED.

Dated: August 2, 2013

                                        _____
                                        EDWARD M. CHEN
                                        United States District Judge